# CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Anthony Lee Lattimore   GB1535
**Full Name of Plaintiff**   **Inmate Number**

v.

Brad A. Shoemaker
**Name of Defendant 1**

Ryan C. Barnes
**Name of Defendant 2**

Christopher J Ebner
**Name of Defendant 3**

_____
**Name of Defendant 4**

_____
**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

Civil No. 1:20-CV-0987
(to be filled in by the Clerk's Office)

(__) Demand for Jury Trial
(__) No Jury Trial Demand

FILED WILLIAMSPORT
JUN 18 2020
PER ___ DEPUTY CLERK

## I.   NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

X   Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

X   Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

X   Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

## II. ADDRESSES AND INFORMATION

### A. PLAINTIFF

Lattimore Anthony L
Name (Last, First, MI)

QD1352
Inmate Number  –

SCI - Camphill
Place of Confinement

_____
Address

Camphill                 PA, 17001
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
_X_ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner

### B. DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Shoemaker, Brad
Name (Last, First)

Warden
Current Job Title

277 West Third Street
Current Work Address

Williamsport, Lycoming County, Pennsylvania, 17701
City, County, State, Zip Code

Defendant 2:

Baines, Ryan
Name (Last, First)

Deputy Warden, Security & Operations
Current Job Title

277 West Third Street
Current Work Address

Williamsport, Lycoming, Pennsylvania, 17701
City, County, State, Zip Code

Defendant 3:

Barnes, Ebner Christopher
Name (Last, First)

Deputy Warden, Treatment
Current Job Title

277 West Third Street
Current Work Address

Williamsport, Lycoming, Pennsylvania, 17701
City, County, State, Zip Code

Defendant 4:

Name (Last, First)

Current Job Title

Current Work Address

City, County, State, Zip Code

Defendant 5:

Name (Last, First)

Current Job Title

Current Work Address

City, County, State, Zip Code

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

Civil Rights 42 U.S.C. state, county, or municipal defendants I believe that the Lycoming county has a law that could and must be tried because the existing law and with my 3 H. decides it could make good law.

Negligent Action under the FTCA against the United States. This Act is really important for measuring the people involved the case conditions will better the legal precedent of the authority who has to BEAR the rules, regulations, supervision, discretion (Honor) duty

Civil Rights Action under I know without a doubt that the Attorney General should know my name and be able to see it in legal applications to the Government taking law I should be able to receive relief from having that account make me take the initiative to show or put the Senate can be able to perform without any accident, letter, plaintiff/defendant, prosecutor, pro se consider.

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

I haven't had relief in performing day to day operations while I was on the streets that the the Pennsylvania government system healed over. I would like rehabilitation

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

I would like for the Government to pay for my medical expenses and my cerebral and my physiotherapy. I also would like relief in the form of an answer and legal precedent over applications that can function through the courts for me to have relief and with omissions of the whole thing from what the person applicable to open hearings anything in my life with me responding to of my knowledge. Liberty, and Justice in court.

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

06-15-2020
_____
Date

Anthony LaHimer QR1383
SCI Camphill
2500 Lisburn Road
Camphill, PA 17061

INMATE MAIL

United States District Court
Middle District of Pennsylvania
U.S. Courthouse & Federal Office Building
240 West Third street, Suite 218
Williamsport, PA 17701

RECEIVED
WILLIAMSPORT
JUN 18 2020
PER _____ DEPUTY CLERK

US POSTAGE
$ 000.65